178 So.2d 663

### In re: Moran BERGERON and Mary S. Bergeron Applying for Adoption.

No. 47889.

Oct. 13, 1965.

SANDERS, J., is of the opinion that a writ should be granted for the reasons assigned in No. 47,888, State ex rel. Raborn v. Bergeron, 178 So.2d 663.

178 So.2d 663

### TEXAS EASTERN TRANSMISSION CORPORATION
v.
### BOWIE LUMBER COMPANY, Ltd.

No. 47891.

Oct. 13, 1965.

In re: Bowie Lumber Company, Ltd., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 176 So.2d 735.

The application is denied. There appears no error of law in the judgment complained of.